UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                             No. 17 CR 260-LTS

PAUL BRITTON

        Defendant.

-------------------------------------------------------x

ORDER

The Court has received Defendant's pro se motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Docket entry no. 97.) The Government must file its written response to the foregoing application by **August 3, 2020**. Any reply must be filed by **August 14, 2020**. A copy of this order will be delivered to the office of Federal Defenders of New York.

     SO ORDERED.

Dated: New York, New York
       July 23, 2020

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             United States District Judge

Mail to:

Paul Britton
Registration #75983-054
Federal Correctional Institution
P.O. Box 1000
Morgantown, WV 26507-1000