## PELUSO & TOUGER, LLP
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

July 24, 2020

By ECF

Honorable Laura Taylor Swain
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re: United States v. Paul Britton,
17 CR 260 (LTS)

Your Honor,

I am writing the Court because I represented Mr. Britton at the time he was sentenced before your Honor and have received notice from ECF that he has filed a *Pro Se* Motion for early release due to the Covid 19 pandemic. If the Court desires I would continue to represent Mr. Britton in regards to this motion. I await the Court's Order.

Thank you very much for your attention to this matter.

Most Respectfully,

*David Touger*
David Touger, Esq.

---

Mr. Touger is hereby appointed to represent Mr. Britton as CJA counsel in connection with his application for early release. DE# 99 resolved.

SO ORDERED.
7/24/2020
/s/ Laura Taylor Swain, USDJ